UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JANSEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FNU HERNANDEZ; FNU MONTOYO,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-01532-HBK (PC)<br><br>ORDER CONSTRUING LETTER AS NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41 AND GRANTING MOTION TO RETURN FILING FEE<br><br>(Doc. No. 8)<br><br>ORDER VACATING ORDER GRANTING IFP, DIRECTING CLERK OF COURT TO RETURN ANY FUNDS RECEIVED FOR FILING FEE AND PROVIDING NOTICE TO CDCR TO STOP ANY FUTURE WITHDRAWALS<br><br>(Doc. No. 6) |

　　　Pending before the Court is Plaintiff's letter to the clerk dated July 19, 2022 advising the Clerk that Plaintiff wishes to cancel his "filing" incorporating a request to have his "filing fee be returned." (Doc. No. 8). Plaintiff explains that he has elected to proceed with his case in the state court. (*Id*.). The Court construes the letter to the Clerk as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41.

Plaintiff, a state prisoner, initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 on October 12, 2021. (Doc. No. 1). After transfer to this Court, the Court granted Plaintiff's motion to proceed *in forma pauperis* on October 19, 2021. (Doc. No. 6). As of the date of this order, the Court has not conducted a screening of the complaint under 28 U.S.C. § 1915A. Based on Plaintiff's notice, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). Because the Court has not yet screened the complaint, *as a one-time courtesy*, the Court will vacate its order granting Plaintiff *in forma pauperis* status and direct any filing fee paid to date to be returned to Plaintiff.

Accordingly, it is **ORDERED**:

1. The Clerk of Court is directed CLOSE this case to reflect Plaintiff's voluntary dismissal under Fed. R. Civ. P. 41.

2. The Court GRANTS Plaintiff's motion to return filing fee incorporated in his notice (Doc. No. 8) and VACATES its October 19, 2021 Order granting Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 6). **The Director of CDCR is no longer required to collect any payments from Plaintiff's prison trust account for this case**.

3. The Clerk of Court is directed to refund all amounts collected as payment toward the filing fee for this case, including the $104.00 received to date.

4. The Clerk of Court is further directed to provide a copy of this Order on (1) the Director of the California Department of Corrections via the Court's electronic case filing system (CM-ECF) and (2) the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

Dated: July 26, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE